UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO BAKER,
ADC #34358                                                              PLAINTIFF

v.                        CASE NO. 5:09cv00364 BSM/HLJ

MRS. NURSE RANDALL                                                      DEFENDANT

## JUDGMENT

Pursuant to the memorandum and order entered today, this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE